IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 13-33471 |
| SHERIDAN, JOYCE MARIE, | Chapter 7 |
| Debtor. | |

PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS

Jacqueline Sells Homann, Chapter 7 Trustee, respectfully shows the Court as follows:

1. I am the Trustee for the above-captioned Debtor, having been appointed on or about December 12, 2013.

2. As Trustee, I anticipate receiving monies representing property shown on the Schedules filed by the Debtor and adopt the same as my preliminary inventory; specifically, I anticipate receiving from Debtor tax refund monies representing non-exempt assets of the Debtor's bankruptcy estate.

3. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor and adopt the same as my preliminary inventory; specifically, the Debtor's interest in tax refund monies, which your Trustee believes may hold value to the creditors of the estate.

4. The above monies will be deposited in a certain account at RaboBank, N.A.

5.  Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Dated:  January 14, 2014

> Respectfully submitted,
>
>  /s/  Jacqueline Sells Homann
> Jacqueline Sells Homann (15462-71)
> Jones Obenchain, LLP
> 600 KeyBank Building
> 202 S. Michigan Street
> Post Office Box 4577
> South Bend, Indiana  46634-4577
> Telephone:   (574) 233-1194
> Facsimile:    (574) 233-8957
> Email: jshtrustee@jonesobenchain.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2014, a true and correct copy of the above and foregoing Preliminary Inventory Report and Request for Notice to Creditors was served as follows:

| | |
|---|---|
| June E. Bules<br>jebules@embarqmail.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

>  /s/  Jacqueline Sells Homann
> Jacqueline Sells Homann