Printed: 07/30/14 09:26 AM

# Trustee's Compensation

**Debtor:** SHERIDAN, JOYCE MARIE        **Case:** 13-33471

| Computation of Compensation | | | | |
|---|---|---|---|---|
| Total disbursements to other than the debtor are: | | | | 3,855.29 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | | |
| 25% of First $5,000 | | 3,855.29 | = | 963.82 |
| 10% of Next $45,000 | | 0.00 | = | 0.00 |
| 5% of Next $950,000 | | 0.00 | = | 0.00 |
| 3% of Balance | | 0.00 | = | 0.00 |
| | | Calculated Total Compensation: | | $963.82 |
| | | Plus Adjustment: | | 0.00 |
| | | Total Compensation: | | $963.82 |
| | | Less Previously Paid: | | 0.00 |
| | | Total Compensation Requested: | | $963.82 |

| Trustee Expenses | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 104 copies at 20.0 cents per copy | 20.80 |
| Postage | | 16.70 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| | Subtotal Expenses: | $37.50 |
| | Plus Adjustment: | 0.00 |
| | Total Expenses: | $37.50 |
| | Less Previously Paid: | 0.00 |
| | Total Expenses Requested: | $37.50 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $963.82 as compensation and $37.50 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:   07/30/14                Signed: /s/ Jacqueline Sells Homann

Jacqueline Sells Homann
600 KeyBank Building
202 S. Michigan
South Bend, IN 46601

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, a true and correct copy of the above and foregoing Trustee's Compensation Report was served via electronic mail as follows:

June E. Bules
jebules@embarqmail.com

United States Trustee
ustpregion10.so.ecf@usdoj.gov

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann