IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 13-33471 |
| JOYCE MARIE SHERIDAN, | Chapter 7 |
| Debtor. | |

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, a copy of the attached Amended Notice of Filing of Trustee's Request for Compensation and Expenses was served by regular U.S. mail upon the following per the attached matrix.

Dated: July 30, 2014

    /s/  Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 S. Michigan Street
Post Office Box 4577
South Bend, Indiana  46634-4577
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:       jshtrustee@jonesobenchain.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>JOYCE MARIE SHERIDAN,<br><br>Debtor. | Case No. 13-33471<br>Chapter 7 |

AMENDED NOTICE OF FILING OF TRUSTEE'S
REQUEST FOR COMPENSATION AND EXPENSES

On July 30, 2014, Jacqueline Sells Homann, Trustee, filed an Application for Trustee's Compensation and Expenses which requests authority to pay the following:

| Applicant | Fees | Expenses |
|---|---|---|
| Jacqueline Sells Homann, Trustee | $963.82 | $37.50 |

*Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.*

If you do not want the court to grant the motion, then *on or before August 20, 2014* you or your attorney must:

1. File with the court a written objection to the motion, which should explain the reasons why you object. It must be filed with the Clerk of the U.S. Bankruptcy Court, 401 South Michigan Street, South Bend, IN 46601.

***THIS IS NOT A BILL***

If you mail your objection to the court, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

Jacqueline Sells Homann, Jones Obenchain, LLP, Post Office Box 4577, South Bend, IN 46634-4577.

If no objections are filed, the Court may enter an appropriate order without conducting an actual hearing. If a written objection is filed, the matter may be set for hearing upon further notice as the court's calendar permits. The original documents are on file with the Clerk's office and are available for inspection upon request.

Dated: July 30, 2014

    /s/ Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 S. Michigan Street
Post Office Box 4577
South Bend, Indiana  46634-4577
Telephone:  (574) 233-1194
Facsimile:   (574) 233-8957
Email:  jshtrustee@jonesobenchain.com